482 A.2d 1272

The BELL TELEPHONE COMPANY OF PENNSYLVANIA

v.

PENNSYLVANIA PUBLIC UTILITY COMMISSION

Business Users' Group and Westinghouse Electric Corporation, et al., Intervenors.

Appeal of Walter W. COHEN, Consumer Advocate of Pennsylvania.

Supreme Court of Pennsylvania.

Argued Sept. 13, 1984.

Decided Sept. 24, 1984.

Daniel Clearfield, Asst. Consumer Advocate, Harrisburg, for appellant.

Bohdan R. Pankiw, Harrisburg, for Pennsylvania Public Utility Com'n.

Gerard J. St. John, Irving R. Segal, Philadelphia, for Bell Telephone Co. of Pennsylvania.

Edward J. Riehl, for Business Users' Group.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., dissents.